# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALEJANDRO PUIG**                                                                 **PLAINTIFF**

**V.**                                                  **CAUSE NO. 3:17-CV-938-CWR-LRA**

**WARDEN L. SCHULTS**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was signed and entered on November 18, 2019. Docket No. 16. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court.

Accordingly, Puig's petition for writ of habeas corpus is dismissed. A separate Final Judgment shall issue this day. No Certificate of Appealability shall issue.

**SO ORDERED**, this the 31st day of March, 2020.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE